UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
:
   v.                         :        **Case No. 20-cr-225 (APM)**
:
QUAYSA FLUMO, et al.         :
:
:
Defendants.           :

## JURY VERDICT FORM

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

1. Count One:     Conspiracy to Interfere with Interstate Commerce by Robbery

We find Quaysa Flumo:

     ✗      Guilty                                  _____ Not Guilty

We find Enyinna Onyewu, also known as Reggie Onyewu:

     ✗      Guilty                                  _____ Not Guilty

We find Emmanuel Sumo:

     ✗      Guilty                                  _____ Not Guilty

2.  Count Two:    Interference with Interstate Commerce by Robbery (El Don Restaurant)

We find Quaysa Flumo:

_____X_____ Guilty    _____ Not Guilty

We find Emmanuel Sumo:

_____X_____ Guilty    _____ Not Guilty

If you find either Defendant guilty of Count Two then consider Count Three.  If you do not find either Defendant guilty of Count Two, go to Count Four.

3.  Count Three:   Brandishing a Firearm During a Crime of Violence

We find Quaysa Flumo:

_____X_____ Guilty    _____ Not Guilty

We find Emmanuel Sumo:

_____X_____ Guilty    _____ Not Guilty

4.  Count Four:  Interference with Interstate Commerce by Robbery (Sunoco Gas Station)

We find Quaysa Flumo:

_____X_____ Guilty    _____ Not Guilty

We find Emmanuel Sumo:

_____X_____ Guilty    _____ Not Guilty

If you find either Defendant guilty of Count Four then consider Count Five.  If you do not find either Defendant guilty of Count Four, do not consider Count Five.

2

5.  Count Five:     Brandishing a Firearm During a Crime of Violence

We find Quaysa Flumo:

_____X_____ Guilty                              _____ Not Guilty

We find Emmanuel Sumo:

_____X_____ Guilty                              _____ Not Guilty